Fill in this information to identify the case:

United States Bankruptcy Court for the:

__Western__ District of __Washington__
                            (State)

Case number (If known): __24-10331__ Chapter __7__

FILED - WAWB SEATTLE
15 FEB 2024 AM 11:55

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Jensen View Properties, LLC. |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names, and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 98-0832415 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 11 9th Street<br>Number    Street | <br>Number    Street |
| | P.O. Box 2415<br>P.O. Box |
| Kirkland                    WA.       98083<br>City                          State      ZIP Code | Kirkland                    WA.       98083-2415<br>City                          State      ZIP Code |
| King<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number    Street<br><br>City                          State      ZIP Code |

5. **Debtor's website (URL)** _____

Debtor    Jensen View Properties, LLC.                              Case number (if known)_____
         _____
              Name

6. **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

7. **Describe debtor's business**

   A. *Check one:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ☒ None of the above

   B. *Check all that apply:*

   ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .
      5 3 1 3

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

   Check one:

   ☒ Chapter 7
   ☐ Chapter 9
   ☐ Chapter 11. *Check all that apply*:

   　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   　　☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   　　☐ A plan is being filed with this petition.

   　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

| Debtor | Jensen View Properties, LLC. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

    If more than 2 cases, attach a separate list.

    ☐ No
    ☒ Yes. District __Western Washington__ When __01/03/2024__ Case number __24-10006-CMA__
                                                      MM / DD / YYYY

        District _____ When _____ Case number _____
                                            MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☒ No
    ☐ Yes. Debtor _____ Relationship _____
            District _____ When _____
                                                                MM / DD / YYYY
            Case number, if known _____

11. **Why is the case filed in *this district*?**

    Check all that apply:

    ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☒ No
    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

        **Why does the property need immediate attention?** (*Check all that apply.*)

        ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
            What is the hazard? _____

        ☐ It needs to be physically secured or protected from the weather.

        ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

        ☐ Other _____

        **Where is the property?** _____
                                      Number    Street

        _____
        City                                                    State ZIP Code

        **Is the property insured?**
        ☐ No
        ☐ Yes. Insurance agency _____
                Contact name _____
                Phone _____

**Statistical and administrative information**

| Debtor | Jensen View Properties, LLC. | Case number (if known) |
|---|---|---|
| | Name | |

### 13. Debtor's estimation of available funds

Check one:
- ☐ Funds will be available for distribution to unsecured creditors.
- ☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

### 14. Estimated number of creditors

- ☒ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5,001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

### 15. Estimated assets

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☒ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### 16. Estimated liabilities

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☒ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING —** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### 17. Declaration and signature of authorized representative of debtor

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 02/15/2024
MM / DD / YYYY

X /s/ Michael T. Smith                    Michael T. Smith
Signature of authorized representative of debtor    Printed name

Title  Managing Member

| Debtor | _____ | Case number (if known) _____ |
|---|---|---|
| | Name | |

## 18. Signature of attorney

✗ _____  Date _____
Signature of attorney for debtor        MM / DD / YYYY

_____
Printed name

_____
Firm name

_____
Number     Street

_____  _____  _____
City                          State    ZIP Code

_____      _____
Contact phone                 Email address

_____      _____
Bar number                    State

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

In re ) 
 ) Case No.
Jensen View Properties, LLC. ) Chapter: 7
 )
Debtor(s) )

## VERIFICATION OF CREDITOR MATRIX

The above-named debtor(s) verifies that the attached list of creditors is true and correct to the best of his/her/their knowledge.

Dated:    02/15/2024       Representative Signature: _[signature]_

Fay Servicing, LLC.
Attn: Bankruptcy Department
5426 Bay Center Drive, Suite# 300
Tampa, Florida 33609

Roc360
Attn: Bankruptcy Department
645 Madison Ave, 19th Floor
New York, NY. 10022

Ghidotti Berger, LLP
Attn: Bankruptcy Department
1920 Old Tustin Avenue
Santa Ana, CA. 92705